JOSEPH H. BERDEL and Another, Appellants, v. WILLIAM J. BERDEL, Individually and as Executor, etc., of LOUISE BERDEL, Deceased, and Others, Respondents.— Judgment affirmed, with costs, upon the ground that there can be no partition

---

* See, also, Civ. Prac. Act, § 1275.— [REP.

† See *People ex rel. Pickle* v. *Pickle* (*ante*, p. 38).— [REP.

because of the existence of valid, particular estates. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.